**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DEMARCUS PURHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No: 24 cv 13051 |
| | ) | |
| BUSHMAN EQUIPMENT, INC, & | ) | |
| HUNTER LIFT, LTD., | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION TO EXTEND DISCOVERY DEADLINES**

NOW COMES Plaintiff, DEMARCUS PURHAM, by and through his attorneys, DUDLEY & LAKE LLC, and pursuant to Federal Rule of Civil Procedure 16(b)(4), respectfully moves this Court for entry of an order extending the current fact and expert discovery deadlines by sixty days. In support of this Agreed Motion, Plaintiff states as follows:

1) This matter arises from a workplace incident that occurred on or about June 7, 2023, involving industrial lifting equipment at the A. Finkl Steel facility in Chicago, Illinois. Plaintiff alleges that he sustained severe and permanent injuries when a steel billet suddenly and unexpectedly fell from an ingot tong, crushing Plaintiff's leg and leading to amputation.

2) On September 11, 2025, this Court entered the current case schedule. *See* Dkt. 49.

3) Pursuant to Dkt. 49, fact discovery is currently set to close on June 29, 2026.

4) Pursuant to Dkt. 49, Plaintiff's expert disclosures are due July 31, 2026, Plaintiff's expert depositions are to be completed by September 15, 2026, Defendants' expert disclosures are due October 30, 2026, and Defendants' expert depositions are to be completed by December 18, 2026.

1

5)      The parties have been diligently conducting discovery, investigation, and depositions in this matter.

6)      To date, the parties have completed the depositions of the following witnesses:

(1) DeMarcus Purham (x2)
(2) Christine Zaharias (x2)
(3) Jay Vernoff
(4) Doug Verenski
(5) Timothy Vanthorhout
(6) Steve Tyrolt
(7) Pete Rincon
(8) Steve Kennedy
(9) Ricardo Grimaldo
(10) Tony Franklin
(11) Matthew Zach Johnson (x2)

7)      The parties have also scheduled the depositions of the following witnesses:

(1) Juan Gonzalez – June 9, 2026
(2) Daniel Dimas – May 5, 2026
(3) John Hudgens – May 8, 2026
(4) Tony Jacobson – May 19, 2026

8)      The parties are in the process of scheduling the depositions of the following witnesses:

(1) Michael Swalec
(2) Ben Bartusiak
(3) Dan Devon
(4) Al J. Schmidt
(5) Kevin Kaiser
(6) Ian Wilson
(7) Thomas Bacon
(8) Tim Brubank
(9) John Novak
(10) Jessica Smit, CPO
(11) Adam K. Lee, MD, University of Chicago
(12) Christopher Reger, MD, Shirly Ryan AbilityLab

9)      The parties may need to depose the following witnesses, but are working on a stipulation to negate the need for their depositions:

2

(1) Employee/IT person who downloaded the video from the camera located in Forge 1 from the date of the accident

(2) Employee and/or person who videotaped employee Ricardo Grimaldo operating the tongs after the accident.

10)     The parties may also need to conduct a site inspection of the A. Finkl Steel warehouse and the subject tong.

11)     Additional time is necessary to complete fact discovery due to the number of witnesses, the complexity of the issues, and scheduling conflicts among counsel and witnesses.

12)     On May 1, 2025, pursuant to FRCP-37 and Local rule- 37.2, counsel for the parties conduced a telephonic conference regarding the existing discovery schedule and identified conflicts within counsels' schedules in June that impact the parties' ability to complete the remaining depositions before the current fact discovery deadline.

13)     The parties have acted diligently and do not seek this extension for purposes of delay. The requested extension is agreed and will allow the parties to complete the remaining fact depositions in an orderly manner before proceeding with expert disclosures and expert depositions.

14)     Because the expert discovery schedule depends on completion of fact discovery, the parties also request a corresponding sixty-day extension of the expert discovery deadlines.

15)     Good cause exists to extend the current discovery deadlines pursuant to Federal Rule of Civil Procedure 16(b)(4).

WHEREFORE, Plaintiff, DEMARCUS PURHAM, respectfully requests that this Court enter an Order extending the discovery schedule as follows:

a. Fact discovery shall be completed by **August 28, 2026**;

b. Plaintiff's expert disclosures shall be served by **September 29, 2026**;

c. Plaintiff's expert depositions shall be completed by **November 16, 2026**;

3

d. Defendants' expert disclosures shall be served by **December 29, 2026**;

e. Defendants' expert depositions shall be completed by **February 16, 2027**; and

f. For such other and further relief as this Court deems just and proper.

Respectfully submitted,

/s/ *Kevin J. Golden*

Kevin J. Golden (ARDC 6210825)
Dudley & Lake LLC
20 N. Clark St., Ste. 720
Chicago, IL 60602
(312) 263-6300
Attorney No. 39678
Kgolden@dudleylake.com

4