## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division


Demarcus Purham

                          Plaintiff,

v.                                                      Case No.: 1:24−cv−13051
                                                        Honorable Andrea R. Wood

Bushman Equipment, Inc., et al.

                          Defendant.

---

## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, May 28, 2026:


    MINUTE entry before the Honorable Keri L. Holleb Hotaling: In−person motion hearing held on 5/28/2026 on Defendant Hunter Lift's Motion to Compel [Dkt. 64]. After hearing oral arguments, the Court offered Plaintiff and Defendant Hunter Lift an opportunity to file supplemental briefs (no more than 5 pages) in parallel due by 6/8/2026. The parties' Agreed Motion to Extend Discovery Deadline [Dkt. 65] is granted. The FIRM fact discovery deadline is hereby extended to 9/28/2026. NO FURTHER EXTENSIONS WILL BE GRANTED. The parties are to meet and confer and set a deadline for Plaintiff's expert disclosure(s) for purposes of scheduling a single site visit to A. Finkl Steel warehouse prior to the close of fact discovery. Lastly, if the parties would like Judge Holleb Hotaling's assistance with settlement negotiations, they should notify Judge Holleb Hotaling's chambers as soon as possible once they realize they want a settlement conference; they do not need to wait for the next status report date. The parties should keep in mind that Judge Holleb Hotaling's schedule typically is booked 2−3 months out from present with regards to settlement conferences. (rbf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.